**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GARY NORMAN, Derivatively on Behalf of SAVARA INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW PAULS, DAVID LOWRANCE, NEVAN ELAM, RICHARD J. HAWKINS, AN VAN ES-JOHANSSON, JOSEPH MCCRACKEN, and DAVID A. RAMSAY<br><br>Defendants,<br><br>and<br><br>SAVARA INC.,<br><br>Nominal Defendant. | Case No. 2:25-cv-06836-KSM |

*[Additional caption on following page]*

| | |
|---|---|
| RONALD J. LASKY, Derivatively on Behalf of Nominal Defendant SAVARA INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW PAULS, DAVID LOWRANCE, NEVAM ELAM, RICHARD J. HAWKINS, AN VAN ES-JOHANSSON, JOSEPH S. MCCRACKEN, and DAVID A. RAMSAY,<br><br>Defendants,<br>and<br><br>SAVARA INC.,<br><br>Nominal Defendant. | Case No.: 2:26-cv-00273-KSM |

**JOINT STIPULATION AND ORDER LIFTING THE STAY IN THE FIRST ACTION, CONSOLIDATING RELATED DERIVATIVE ACTIONS, APPOINTING CO-LEAD COUNSEL FOR PLAINTIFFS, AND APPLYING STAY TO <u>THE CONSOLIDATED DERIVATIVE ACTION</u>**

Plaintiffs Gary Norman ("Norman") and Ronald J. Lasky ("Lasky" and together with Norman, "Plaintiffs"), Defendants Matthew Pauls, David Lowrance, Nevan Elam, Richard J. Hawkins, An van Es-Johansson, Joseph S. McCracken, and David A. Ramsay (the "Individual Defendants"), and Nominal Defendant Savara Inc. ("Savara" and together with the Individual Defendants, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation and proposed order to: (i) consolidate the above-captioned related derivative actions; (ii) appoint Co-Lead Counsel for Plaintiffs in the consolidated derivative action; and (iii) stay the consolidated derivative action, on the terms set forth herein:

WHEREAS, on December 4, 2025, Plaintiff Norman filed a stockholder derivative action in this Court on behalf of Savara against the Individual Defendants alleging, *inter alia*, violations

of federal securities laws, breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets, captioned *Norman v. Pauls, et al.*, Case No. 2:25-cv-06836-KSM (E.D. Pa.) (the "*Norman* Action");

WHEREAS, a related putative securities class action is currently pending in this Court, captioned *Ho et al. v. Savara Inc., et al.*, No. 2:25-cv-05147-KSM (the "Securities Class Action");

WHEREAS, on January 5, 2026, this Court so-ordered a stipulation entered into by the parties to the *Norman* Action, staying all proceedings in the *Norman* Action until the earliest of: (a) "Defendants file an answer to the Securities Class Action complaint, and the PSLRA stay dissolves as a matter of law"; (b) "The Securities Class Action is dismissed, with prejudice, by this Court, and all appeals related thereto have been exhausted"; (c) "All motions to dismiss in the Securities Class Action are denied, and the PSLRA stay dissolves as a matter of law"; or (d) "Upon 21 days' notice by e-mail in the event any shareholder derivative action that involves similar or related claims to the Action is not stayed" (*Norman* Action, ECF No. 7 at 2) (the "Stay Order");

WHEREAS, on January 16, 2026, Plaintiff Lasky filed a stockholder derivative action in this Court on behalf of Savara against the Individual Defendants alleging, *inter alia*, violations of federal securities laws, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets arising from substantially similar facts and circumstances as those alleged in the *Norman* Action, captioned *Lasky v. Pausl, et al.*, Case No. 2:26-cv-00273-KSM (E.D. Pa.) (the "*Lasky* Action," and together with the *Norman* Action, the "Derivative Actions");

WHEREAS, counsel for Plaintiffs and Defendants (collectively, the "Parties") have conferred regarding the Derivative Actions and appropriate case management thereof;

WHEREAS, the Parties agree that the Stay Order in the *Norman* Action should be temporarily lifted for the sole and limited purpose of facilitating the consolidation of the Derivative Actions and the appointment of leadership for plaintiffs and then staying the consolidated action;

WHEREAS, Fed. R. Civ. P. 42(a) provides that when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Parties agree that the Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action"), in order to avoid duplication of effort, potentially conflicting results, and to conserve party and judicial resources;

WHEREAS, Plaintiffs submit it would serve the interests of judicial economy and efficiency to appoint The Brown Law Firm, P.C., and Rigrodsky Law, P.A., the respective resumes of which are attached hereto as Exhibits A and B, as Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action;

WHEREAS, Defendants take no position on the appointment of Co-Lead Counsel in the Consolidated Derivative Action; and

WHEREAS, the Parties agree that further proceedings in the Consolidated Derivative Action should be stayed on the same terms as the Stay Order previously entered in the *Norman* Action (ECF No. 7).

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. The Stay Order previously entered in the Norman Action is temporarily lifted for the limited and exclusive purpose of filing the Stipulation and entering a ruling thereon.

2. To the extent they have not already been served, the undersigned Defendants accept service of the complaint in the *Lasky* Action.

3. Pursuant to Rule 42(a), the Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, into the Consolidated Derivative Action under Lead Case No. 2:25-cv-06836-KSM.

4. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE SAVARA INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No. 2:25-cv-06836-KSM<br><br>(Consolidated) |

5. All papers filed in connection with the Consolidated Derivative Action shall be maintained in one file under Case No. 2:25-cv-06836-KSM and all papers and documents previously filed and/or served in the Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

6. This Order shall apply to each purported derivative action arising out of the same or substantially the same transactions or events as the Consolidated Derivative Action that is subsequently filed in, removed to, or transferred to this Court. When a case which properly belongs as part of *In re Savara Inc. Stockholder Derivative Litigation*, Case No. 2:25-cv-06836-KSM, is hereafter filed in, removed to, or transferred to this Court, counsel for the Parties shall call such filing, removal, or transfer to the attention of the Clerk of the Court for purposes of moving the

Court for an order consolidating such case(s) with *In re Savara Inc. Stockholder Derivative Litigation*, Case No. 2:25-cv-06836-KSM. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving Savara filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, which actions shall be consolidated into the Consolidated Derivative Action.

7. Co-Lead Counsel for plaintiffs in the Consolidated Derivative Action shall be:

Timothy Brown
**THE BROWN LAW FIRM, P.C.**
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

Seth D. Rigrodsky
Vincent A. Licata
Leah B. Wihtelin
**RIGRODSKY LAW, P.A.**
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: vl@rl-legal.com
Email: lw@rl-legal.com

8. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

9. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Derivative Action. No motion, request for

discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

10. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Derivative Action.

11. All proceedings in the Consolidated Derivative Action, including all deadlines, hearings, and conferences, shall be stayed according to the terms, and during the pendency, of the Stay Order entered in the *Norman* Action (ECF No. 7), and the Stay Order applies in all respects to the Consolidated Derivative Action.

12. This Stipulation is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any other requests for relief that would otherwise be available to the Parties in the Derivative Actions.

**IT IS SO STIPULATED.**

Dated: January 27, 2026

By: **THE BROWN LAW FIRM, P.C.**

/s/ *Elizabeth Donohoe* .
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: edonohoe@thebrownlawfirm.net
tbrown@thebrownlawfirm.net

*Proposed Co-Lead Counsel and Counsel for Plaintiff Gary Norman*

**RIGRODSKY LAW, P.A.**

/s/ *Gina M. Serra* .
Gina M. Serra
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

Seth D. Rigrodsky
Vincent A. Licata
Leah B. Wihtelin
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
vl@rl-legal.com
lw@rl-legal.com

*Proposed Co-Lead Counsel and Counsel for Plaintiff Robert J. Lasky*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Of Counsel for Plaintiff Robert J. Lasky*

**KING & SPALDING LLP**

/s/ *Drew T. Bell* .
Drew T. Bell
PA Bar No. 309264
Paul R. Bessette
(*pro hac vice* application forthcoming)
Michael J. Biles
(*pro hac vice* application forthcoming)
500 West 2nd Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2036
Email: dbell@kslaw.com
pbessette@kslaw.com
mbiles@kslaw.com

*Counsel for Defendants*

**IT IS SO ORDERED.**

Dated: February 3, 2026

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.