**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE SAVARA INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No. 2:25-cv-06836-KSM<br><br>(Consolidated)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a)(1)(A)(i), plaintiffs Gary Norman and Ronald J. Lasky ("Plaintiffs") hereby voluntarily dismiss the above-captioned action (the "Action"), without prejudice, as to all defendants ("Defendants"), and with each party to bear his or her own costs and attorneys' fees. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or counsel for Plaintiffs, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 12, 2026

**RIGRODSKY LAW, P.A.**

*/s/ Gina M. Serra*
Gina M. Serra
1007 North Orange Street, Suite 453
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: gms@rl-legal.com

Vincent A. Licata
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7690
Email: vl@rl-legal.com

*Co-Lead Counsel and Counsel for Plaintiff Ronald J. Lasky*

**OF COUNSEL:**

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

**THE BROWN LAW FIRM, P.C.**

*/s/ Elizabeth Donohoe*
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: edonohoe@thebrownlawfirm.net
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel and Counsel for Plaintiff Gary Norman*